UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| BRANDON SMITH, | ) |
| --- | --- |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:22-cv-00383 |
| MAG INVESTMENT, LLC, | ) ) ) |
| Defendant. | ) ) |

## ORDER

The parties have notified the Court that they have reached a resolution of all claims in this matter. (Doc. No. 31). Accordingly, they are **ORDERED** to make the necessary filings to terminate the action no later than **June 12, 2023**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE